UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

LAURA ANNE RAPP, Former Personal
Representative of the Laurence A. Berg Estate,

                Plaintiff,

                                                              Case No. 17-cv-00948-bbc

      v.

ANDREW J. LAUFERS, KATHERINE BROWN HOLMEN,
DUDLEY AND SMITH, PA, and JOHN DOES 1 – 5,

                Defendants.

## MOTION FOR PROTECTIVE ORDER

      Defendants, Andrew J. Laufers, Katherine Brown Holmen, and Dudley and Smith, PA, by their attorneys, Bell, Moore & Richter, S.C., hereby move the court to grant a Protective Order forbidding the Plaintiff's Requests for Admission, Second Interrogatories, and Requests to Produce Documents, pursuant to the Pre-Trial Conference Order and Federal Rule of Civil Procedure 26(c), on the basis of the grounds alleged in the accompanying brief and supporting affidavit of Eileen I. Dorfman.

Dated this 21st day of November, 2018.

                BELL, MOORE & RICHTER, S.C.
                Attorneys for Defendants, Andrew J. Laufers,
                Katherine Brown Holmen and Dudley and
                Smith, PA

By: ***Electronically Signed by Ward I. Richter***
      Ward I. Richter
      State Bar No. 1014371
      Sheila M. Sullivan
      State Bar No. 1025532

**Address:**
345 W. Washington Ave., Suite 302
Madison, WI  53703-3007
Telephone:   608/257-3764
Facsimile:   608/257-3757
E-Mail:   wrichter@bmrlawyers.com
          ssullivan@bmrlawyers.com