IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAURA ANNE RAPP,

                                                                OPINION AND ORDER

          Plaintiff,

                                                                 17-cv-948-bbc

    v.

ANDREW J. LAUFERS, KATHERINE
BROWN HOLMEN and DUDLEY
AND SMITH, PA,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Laura Anne Rapp is proceeding on legal malpractice and misrepresentation claims against defendants Andrew Laufers and Katherine Brown Holmen and a negligent supervision claim against defendant Dudley and Smith, PA regarding representation that defendants provided to plaintiff in her capacity as personal representative for her brother's estate following his death in a plane crash. Defendants have filed a motion for summary judgment, which is pending before the court. However, on June 25, 2019, defendants filed notice that defendant Laufers had filed a chapter 13 bankruptcy petition, requiring an automatic stay of the litigation in this court under 11 U.S.C. § 362. Dkt. #64.

The claims against defendant Laufers will be stayed pending the completion of the bankruptcy proceedings. Although defendants state that "this litigation is stayed in its entirety by operation of the automatic bankruptcy provision," dkt. #64, they do not explain why the stay applies to plaintiff's claims against defendants Holmen and Dudley and Smith. Accordingly, defendants shall have until July 25, 2019 to show cause why this case should

1

not proceed against defendants Holmen and Dudley and Smith.

ORDER

IT IS ORDERED that

1. Plaintiff Laura Rapp's claims against defendant Andrew Laufers are STAYED under 11 U.S.C. § 362, pending completion of the bankruptcy proceedings.

2. Defendants Katherine Brown Holmen and Dudley and Smith, PA shall have until July 25, 2019 to SHOW CAUSE why this case should not proceed with respect to plaintiff's claims against them.

Entered this 10th day of July, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge