| | | |
|---|---|---|
| JOHN M. MOORE<br>WARD I. RICHTER<br>WILLIAM A. ABBOTT<br>WILLIAM C. WILLIAMS<br>DAVID E. McFARLANE<br>PATRICIA EPSTEIN PUTNEY<br>ANN C. EMMERICH<br>SHEILA M. SULLIVAN<br>DAVID G. RESS | **BELL MOORE**<br>**& RICHTER, S.C.**<br>ESTABLISHED IN 1851<br>LAWYERS<br>345 W WASHINGTON AVE., Ste. 302<br>MADISON, WISCONSIN 53703-3007<br>PHONE: (608) 257-3764   FACSIMILE: (608) 257-3757<br>www.bmrlawyers.com<br>E-MAIL: ssullivan@bmrlawyers.com<br>Direct Line: (608) 259-2315 | KELLY J. STOHR<br>MELITA M. MULLEN<br>EILEEN I. DORFMAN<br>STORM B. LARSON<br>OF COUNSEL:<br>DAVID E. JOANIS |

July 11, 2019

Honorable Barbara B. Crabb
United States District Judge
United States District Court for the
Western District of Wisconsin
120 North Henry Street
Madison, WI  53703

      RE:   *Laura Anne Rapp, Former Personal Representative*
             *Of the Laurence A. Berg Estate v. Andrew J. Laufers, et al.*
             USDC-Western District Case No. 17-cv-00948-bbc
             Our File No. 102064

Dear Judge Crabb:

     I am writing in response to the Court's Order to Show Cause of July 10, 2019 directed to Defendants Katherine Brown Holmen and Dudley and Smith, P.A. Please be advised that Ms. Brown Holmen and Dudley and Smith, P.A. do not object to the case proceeding as to the plaintiff's claims against them despite the bankruptcy proceedings against their co-Defendant.

     Thank you for your attention to this matter.

                                    Very truly yours,

                                    BELL, MOORE & RICHTER, S.C.

                                    /s/ Sheila M. Sullivan

                                    Sheila M. Sullivan

/jjp
cc:    All Parties via Electronic Filing