IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAURA RAPP,

    Plaintiff,

v.

                                                Case No. 17-cv-948-bbc

KATHERINE BROWN HOLMEN and
DUDLEY AND SMITH, P.A.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Katherine Brown Holmen and Dudley and Smith, P.A. against plaintiff Laura Rapp dismissing this case. Finding no just reason for delay, the court enters judgment pursuant to Federal Rule of Civil Procedure 54(b).

Approved as to form this ____ day of September, 2019.

_____
Barbara B. Crabb
District Judge

/s/                                                          9/27/2019
_____      _____
Peter Oppeneer                                    Date
Clerk of Court