UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

LAURA ANNE RAPP, Former Personal
Representative of the Laurence A. Berg Estate,

          Plaintiff,

                          Case No. 17-cv-00948-bbc

v.

ANDREW J. LAUFERS, KATHERINE BROWN HOLMEN,
DUDLEY AND SMITH, PA, and JOHN DOES 1 – 5,

          Defendants.

## STIPULATION WAIVING APPEAL AND COSTS

    Plaintiff Laura Rapp, *pro se*, and Defendants, Katherine Brown Holmen and Dudley and Smith, P.A., by their attorneys, hereby stipulate and agree to the following.

    1)    Rapp waives her right to pursue any further relief in this Court or to appeal any District Court Decisions in this matter to the U.S. Court of Appeals for the Seventh Circuit.

    2)    In return, the Defendants agree not to pursue costs or further claims for remedies or compensation of any kind related to this case.

    3)    The Court may enter an Order to that effect without further notice or a hearing.

                                    BELL, MOORE & RICHTER,
S.C.

                                    Attorneys for Defendants

_____      By:

_____  10/14/2019
Laura A. Rapp
Sullivan

_____
Date

Sheila M. Sullivan

State Bar No. 1025532

_____  10/15/2019

_____
Date